# UNITED STATES OF AMERICA
# JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

**CHAIRMAN:**
Judge Wm. Terrell Hodges
United States District Court
Middle District of Florida

**MEMBERS:**
Judge John F. Keenan
United States District Court
Southern District of New York

Judge D. Lowell Jensen
United States District Court
Northern District of California

Judge J. Frederick Motz
United States District Court
District of Maryland

Judge Robert L. Miller, Jr.
United States District Court
Northern District of Indiana

Judge Kathryn H. Vratil
United States District Court
District of Kansas

Judge David R. Hansen
United States Court of Appeals
Eighth Circuit

**DIRECT REPLY TO:**

Michael J. Beck
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Telephone: [202] 502-2800
Fax:        [202] 502-2888

http://www.jpml.uscourts.gov

May 17, 2006

Robert C. Heinemann, Clerk
130 United States Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201-1818

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
Rec'd 5/18/06
★ MAY 19 ...
BROOKLYN OFFICE

Re: MDL-1596 -- In re Zyprexa Products Liability Litigation

(See Attached Schedule of CTO-49)

Dear Mr. Heinemann:

I am enclosing a certified copy and one additional copy of a conditional transfer order filed by the Panel in the above-captioned matter on <u>May 1, 2006</u>. As stipulated in Rule 7.4(a) of the <u>Rules of Procedure of the Judicial Panel on Multidistrict Litigation</u>, 199 F.R.D. 425, 435-36 (2001), transmittal of the order has been stayed 15 days to give any party an opportunity to oppose the transfer. The 15-day period has now elapsed, no opposition was received, and the order is directed to you for filing.

The Panel's governing statute, 28 U.S.C. §1407, requires that the transferee clerk "...transmit a certified copy of the Panel's order to transfer to the clerk of the district court from which the action is being transferred."

A list of involved counsel is attached.

Very truly,

Michael J. Beck
Clerk of the Panel

By: Mecca S. Carter
Deputy Clerk

Attachment

cc:  Transferee Judge:    Judge Jack B. Weinstein
     Transferor Judges:   (See Attached List of Judges)
     Transferor Clerk:    Richard W. Wieking

JPML Form 36



A CERTIFIED TRUE COPY

MAY 17 2006

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAY    2006

FILED
CLERK'S OFFICE

## DOCKET NO. 1596

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## IN RE ZYPREXA PRODUCTS LIABILITY LITIGATION

## (SEE ATTACHED SCHEDULE)

## CONDITIONAL TRANSFER ORDER (CTO-49)

On April 14, 2004, the Panel transferred six civil actions to the United States District Court for the Eastern District of New York for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, 548 additional actions have been transferred to the Eastern District of New York. With the consent of that court, all such actions have been assigned to the Honorable Jack B. Weinstein.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the Eastern District of New York and assigned to Judge Weinstein.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of New York for the reasons stated in the order of April 14, 2004, 314 F.Supp.2d 1380 (J.P.M.L. 2004), and, with the consent of that court, assigned to the Honorable Jack B. Weinstein.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of New York. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

MAY 17 2006

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Michael J. Beck

Michael J. Beck
Clerk of the Panel

Case 3:06-cv-01622-SI   Document 9   Filed 08/25/06   Page 3 of 13
Case 1:04-md-01596-JBW-RLM      Document 567      Filed 05/19/2006      Page 3 of 13

PAGE 1 of 9

## SCHEDULE CTO-49 - TAG-ALONG ACTIONS
## DOCKET NO. 1596
## IN RE ZYPREXA PRODUCTS LIABILITY LITIGATION

DIST, DIV. C.A. #                    CASE CAPTION

CALIFORNIA NORTHERN
CAN 3  05-4829 SC        Amber Brennan v. Eli Lilly & Co.
CAN 3  05-4830 WHA       Marlene Romero v. Eli Lilly & Co.
CAN 3  05-4832 JSW       Anita Hollowell, et al. v. Eli Lilly & Co.
CAN 3  05-4833 CRB       James Saleeby, etc. v. Eli Lilly & Co.
CAN 3  05-4892 MJJ       Carolyn Seward, et al. v. Eli Lilly & Co.
CAN 3  05-4895 WHA       Steven Leeper v. Eli Lilly & Co.
CAN 3  05-4902 WHA       Russell Halterman, et al. v. Eli Lilly & Co.
CAN 3  05-4908 MJJ       Zachary Gilman v. Eli Lilly & Co.
~~CAN 3  05-5009~~            ~~Clarence King, et al. v. Eli Lilly & Co.~~ Vacated 5/4/06
~~CAN 3  05-5011~~            ~~Shannon Harbison, et al. v. Eli Lilly & Co.~~ Vacated 5/4/06
CAN 3  05-5013 WHA       Leonard Ward v. Eli Lilly & Co.
CAN 3  05-5029 PJH       Michelle Gerst, et al. v. Eli Lilly & Co.
CAN 3  05-5032 PJH       Rose Marie Marchiny v. Eli Lilly & Co.
CAN 3  05-5033 MJJ       Coreen Hansen v. Eli Lilly & Co.
CAN 3  05-5074 MHP       Willie Evans v. Eli Lilly & Co.
CAN 3  05-5077 WHA       Shannon Miller v. Eli Lilly & Co.
CAN 3  05-5078 SC        Joshua Hudson v. Eli Lilly & Co.
CAN 3  05-5093 PJH       David Strawn v. Eli Lilly & Co.
CAN 3  05-5094 PJH       Jim Ayala v. Eli Lilly & Co.
CAN 3  05-5096 JSW       Michael Keizur v. Eli Lilly & Co.
~~CAN 3  05-5149~~            ~~Thomas Partlow v. Eli Lilly & Co.~~ Vacated 5/4/06
CAN 3  05-5150 WHA       Jeffrey Oldewurtel v. Eli Lilly & Co.
~~CAN 3  05-5152~~            ~~Michael Horton v. Eli Lilly & Co.~~ Vacated 5/4/06
CAN 3  05-5153 MMC       Christopher Parlato, et al. v. Eli Lilly & Co.
CAN 3  05-5266 SBA       Duane Long v. Eli Lilly & Co.
CAN 3  05-5267 PJH       Fausto Gutierrez-Cruz v. Eli Lilly & Co.
CAN 3  05-5268 MJJ       Harlan Kenyon, et al. v. Eli Lilly & Co.
CAN 3  05-5269 JSW       Mark Conder, et al. v. Eli Lilly & Co.
CAN 3  06-31  JSW        Jeannie Swartz v. Eli Lilly & Co.
~~CAN 3  06-35~~             ~~Rose Cook, et al. v. Eli Lilly & Co.~~ Vacated 5/4/06
~~CAN 3  06-40~~             ~~Tammie Pinkney v. Eli Lilly & Co.~~ Vacated 5/4/06
CAN 3  06-41  WHA        Artisha Easterly, et al. v. Eli Lilly & Co.
CAN 3  06-248 EDL        Patricia Glace v. Eli Lilly & Co.
CAN 3  06-252 WHA        Howard Gilbert, et al. v. Eli Lilly & Co.
CAN 3  06-253 JSW        Debbie Holden v. Eli Lilly & Co.
CAN 3  06-894 WHA        Daryl Paul v. Eli Lilly & Co.
CAN 3  06-895 PJH        Eugenne Salmon v. Eli Lilly & Co.
CAN 3  06-896 TEH        Debra Mcclelland v. Eli Lilly & Co.
CAN 3  06-897 SBA        Pamela Blish v. Eli Lilly & Co.
CAN 3  06-898 MMC        Celita Finney v. Eli Lilly & Co.
CAN 3  06-899 SC         Duane Windom v. Eli Lilly & Co.
CAN 3  06-900 WHA        Jerome Dennis v. Eli Lilly & Co.
CAN 3  06-901 MMC        Timothy Lee v. Eli Lilly & Co.
CAN 3  06-903 WHA        Kimberly Fortunato v. Eli Lilly & Co.
CAN 3  06-904 SC         Floretia Harris v. Eli Lilly & Co.
CAN 3  06-905 TEH        Della Collins v. Eli Lilly & Co.
CAN 3  06-952 SC         Constance Heg v. Eli Lilly & Co.
CAN 3  06-955 SBA        Ollie Dotson, et al. v. Eli Lilly & Co.
CAN 3  06-956 PJH        Anthony Hardenbrock v. Eli Lilly & Co.
CAN 3  06-957 MJJ        Linda Wright v. Eli Lilly & Co.
CAN 3  06-958 WHA        Ronald Rarric v. Eli Lilly & Co.

SCHEDULE CTO-49 TAG-ALONG ACTIONS (MDL-1596)                    PAGE 2 of 9

CAN 3  06-959 STI          Philip G. Roulo, et al. v. Eli Lilly & Co.
CAN 3  06-960              Richard Anderson v. Eli Lilly & Co.
CAN 3  06-961              Paul E. Boring, et al. v. Eli Lilly & Co.
CAN 3  06-962              Silas Bennett, et al. v. Eli Lilly & Co.
CAN 3  06-965              Rhona Smith, et al. v. Eli Lilly & Co.
CAN 3  06-966              Sherry Stone, et al. v. Eli Lilly & Co.
CAN 3  06-967              Timmons Hill v. Eli Lilly & Co.
CAN 3  06-968              Violet Adamovich, et al. v. Eli Lilly & Co.
CAN 3  06-969              Laurie Woloszyn v. Eli Lilly & Co.
CAN 3  06-970              Tania Rupert, et al. v. Eli Lilly & Co.
CAN 3  06-972              Vickie Abasta v. Eli Lilly & Co.
CAN 3  06-976              Anthony Jackson v. Eli Lilly & Co.
CAN 3  06-979              Estella Mullings v. Eli Lilly & Co.
CAN 3  06-981              Cheryl Hill v. Eli Lilly & Co.
CAN 3  06-983              Aaron Roberts v. Eli Lilly & Co.
CAN 3  06-984              Mary Willhoite v. Eli Lilly & Co.
CAN 3  06-987              Tuesday Golden, et al. v. Eli Lilly & Co.
CAN 3  06-989              Vag Mayi v. Eli Lilly & Co.
CAN 3  06-990              Constance Fuller v. Eli Lilly & Co.
CAN 3  06-991              Louise Rodriguez v. Eli Lilly & Co.
CAN 3  06-994              Jason Evans v. Eli Lilly & Co.
CAN 3  06-995              Aaron Kirkland v. Eli Lilly & Co.
CAN 3  06-996              Laura Dalena v. Eli Lilly & Co.
CAN 3  06-997              Roger Mount, et al. v. Eli Lilly & Co.
CAN 3  06-998              Teresa Brando v. Eli Lilly & Co.
CAN 3  06-999              Linda Hilton v. Eli Lilly & Co.
CAN 3  06-1001             Adam Santucci v. Eli Lilly & Co.
CAN 3  06-1003             Assefa Enkuneh v. Eli Lilly & Co.
CAN 3  06-1004             Linda Tafoya-Bassett, et al. v. Eli Lilly & Co.
CAN 3  06-1005             Cheryl D. Adams v. Eli Lilly & Co.
CAN 3  06-1006             Kathleen Koche v. Eli Lilly & Co.
CAN 3  06-1007             Juan Saffold v. Eli Lilly & Co.
CAN 3  06-1008             Gloria Scott v. Eli Lilly & Co.
CAN 3  06-1009             Mary Smith v. Eli Lilly & Co.
CAN 3  06-1010             Craig Lucas v. Eli Lilly & Co.
CAN 3  06-1011             Charmine Laney v. Eli Lilly & Co.
CAN 3  06-1013             Karen Jones v. Eli Lilly & Co.
CAN 3  06-1023             Pat Colvin, et al. v. Eli Lilly & Co.
CAN 3  06-1024             Charles H. Butler, et al. v. Eli Lilly & Co.
CAN 3  06-1025             Bart Russell v. Eli Lilly & Co.
CAN 3  06-1026             Deborah Hargraves v. Eli Lilly & Co.
CAN 3  06-1027             Robin Mcgowan v. Eli Lilly & Co.
CAN 3  06-1028             Josie Miller v. Eli Lilly & Co.
CAN 3  06-1029             Ralph Cole v. Eli Lilly & Co.
CAN 3  06-1031             Theodore Comer, et al. v. Eli Lilly & Co.
CAN 3  06-1033             Craig Green v. Eli Lilly & Co.
CAN 3  06-1034             Judith Kokesh, et al. v. Eli Lilly & Co.
CAN 3  06-1035             Hollis Greenspan v. Eli Lilly & Co.
CAN 3  06-1036             Mildred Robek, et al. v. Eli Lilly & Co.
CAN 3  06-1037             Linda Rockman v. Eli Lilly & Co.
CAN 3  06-1039             John Molinaro, et al. v. Eli Lilly & Co.
CAN 3  06-1040             John Wardlow v. Eli Lilly & Co.
CAN 3  06-1041             Henry Wolfe, et al. v. Eli Lilly & Co.
CAN 3  06-1042             Karlina Ann Temple, et al. v. Eli Lilly & Co.
CAN 3  06-1043             Scott Murphy v. Eli Lilly & Co.
CAN 3  06-1044             Sabenna D. Burgess v. Eli Lilly & Co.
CAN 3  06-1045             John Sgarlata, et al. v. Eli Lilly & Co.
~~CAN 3  06-1046~~            ~~Timothy Savage v. Eli Lilly & Co.~~ Vacated 5/4/06
~~CAN 3  06-1049~~            ~~Benjamin Wolf v. Eli Lilly & Co.~~ Vacated 5/4/06

SCHEDULE CTO-49 TAG-ALONG ACTIONS (MDL-1596)                    PAGE 3 of 9

CAN 3  06-1050 JJW       Howard Grove, et al. v. Eli Lilly & Co.
CAN 3  06-1051 JL        Anna Andrake, et al. v. Eli Lilly & Co.
CAN 3  06-1052 SC        Connie L. Zimmerman, et al. v. Eli Lilly & Co.
CAN 3  06-1053 WHA       Patricia D. Sowa, et al. v. Eli Lilly & Co.
CAN 3  06-1054 SC        Priscilla Shrader v. Eli Lilly & Co.
CAN 3  06-1056 WHA       Janet Janssen v. Eli Lilly & Co.
CAN 3  06-1057 MJJ       Mary Kathryn Isom, et al. v. Eli Lilly & Co.
CAN 3  06-1058 MMC       Dean Brenner, et al. v. Eli Lilly & Co.
CAN 3  06-1060 SC        Cathy Strickland, et al. v. Eli Lilly & Co.
CAN 3  06-1061 PJH       Joseph Teleky, et al. v. Eli Lilly & Co.
CAN 3  06-1062 PJH       Brenda Hunter v. Eli Lilly & Co.
CAN 3  06-1063 MMC       Steven Tomaselli v. Eli Lilly & Co.
CAN 3  06-1064 MMC       Theresa Trotman v. Eli Lilly & Co.
CAN 3  06-1076 SI        Michael D. Raynor, et al. v. Eli Lilly & Co.
CAN 3  06-1077 WHA       Rommell Thompson, et al. v. Eli Lilly & Co.
CAN 3  06-1078 WHA       Noemi Hernandez v. Eli Lilly & Co.
CAN 3  06-1079 MJJ       Wandy Deasy v. Eli Lilly & Co.
CAN 3  06-1080 MHP       Joe Flores v. Eli Lilly & Co.
~~CAN 3  06-1081~~        ~~Dante Barfield v. Eli Lilly & Co.~~ Vacated 5/4/06
CAN 3  06-1082 JSW       Felipe Flores v. Eli Lilly & Co.
CAN 3  06-1083 PJH       Jamal G. Treadwell v. Eli Lilly & Co.
CAN 3  06-1084 MMC       Ward Marks v. Eli Lilly & Co.
CAN 3  06-1085 WHA       Carroll Vanover v. Eli Lilly & Co.
CAN 3  06-1086 MJJ       Sandy Laverich v. Eli Lilly & Co.
CAN 3  06-1088 JSW       Alberta Johnson v. Eli Lilly & Co.
CAN 3  06-1090 SC        Greg Bauder v. Eli Lilly & Co.
CAN 3  06-1091 MHP       Linda Soule v. Eli Lilly & Co.
CAN 3  06-1093 WHA       Pampatha Mitchell, et al. v. Eli Lilly & Co.
CAN 3  06-1096 MMC       Keith Bacon v. Eli Lilly & Co.
CAN 3  06-1099 MJJ       James Fraser v. Eli Lilly & Co.
CAN 3  06-1100 MJJ       Lois Osenga v. Eli Lilly & Co.
CAN 3  06-1103 PJH       Brandon Holmes v. Eli Lilly & Co.
CAN 3  06-1106 PJH       Gary Gauthier v. Eli Lilly & Co.
CAN 3  06-1108 JSW       Leilani Jones v. Eli Lilly & Co.
CAN 3  06-1110 WHA       Theresa Hill v. Eli Lilly & Co.
CAN 3  06-1111 SC        Marguerite Joiner v. Eli Lilly & Co.
CAN 3  06-1112 PJH       Glenna Rohr v. Eli Lilly & Co.
CAN 3  06-1113 MMC       Diana Platts v. Eli Lilly & Co.
CAN 3  06-1116 WHA       Toni Iness v. Eli Lilly & Co.
CAN 3  06-1117 WHA       Carlos Garcia v. Eli Lilly & Co.
CAN 3  06-1118 MJJ       Jason Skaggs v. Eli Lilly & Co.
CAN 3  06-1119 EDL       Kimberly Johnson, et al. v. Eli Lilly & Co.
CAN 3  06-1122 SI        James Thomas v. Eli Lilly & Co.
CAN 3  06-1123 WHA       Bruce Robinson, et al. v. Eli Lilly & Co.
CAN 3  06-1124 TEH       Jeffrey Hamlet v. Eli Lilly & Co.
CAN 3  06-1125 JSW       Timothy Miller v. Eli Lilly & Co.
CAN 3  06-1126 WHA       James Arns v. Eli Lilly & Co.
CAN 3  06-1127 MJJ       Severa Cruz v. Eli Lilly & Co.
CAN 3  06-1128 WHA       Brian Rickard v. Eli Lilly & Co.
CAN 3  06-1129 WHA       Peter Klein, et al. v. Eli Lilly & Co.
CAN 3  06-1131 WHA       James J. Duchnowski, et al. v. Eli Lilly & Co.
CAN 3  06-1132 MMC       Jamel Easterly, et al. v. Eli Lilly & Co.
CAN 3  06-1133 TEH       Alvie M. Laver v. Eli Lilly & Co.
CAN 3  06-1134 MJJ       Shirley Eddy v. Eli Lilly & Co.
CAN 3  06-1135 SBA       Robin Cameron, et al. v. Eli Lilly & Co.
CAN 3  06-1155 WHA       Lisa Robinson, et al. v. Eli Lilly & Co.
CAN 3  06-1156 RJH       Dale Hoblit, et al. v. Eli Lilly & Co.
CAN 3  06-1158 MJJ       William C. Briggs, et al. v. Eli Lilly & Co.
CAN 3  06-1159 SBA       Norine Ciaio v. Eli Lilly & Co.

SCHEDULE CTO-49 TAG-ALONG ACTIONS (MDL-1596)                    PAGE 4 of 9

| | | | |
|---|---|---|---|
| CAN 3 | 06-1160 | Yash Kapur v. Eli Lilly & Co. |
| CAN 3 | 06-1161 | Doreen Bell v. Eli Lilly & Co. |
| CAN 3 | 06-1162 | William O'brien v. Eli Lilly & Co. |
| CAN 3 | 06-1163 | Kimberly Hopkins v. Eli Lilly & Co. |
| CAN 3 | 06-1164 | Florence Karolyi v. Eli Lilly & Co. |
| CAN 3 | 06-1168 | Kathlene Cheriki v. Eli Lilly & Co. |
| CAN 3 | 06-1170 | Susan Kline v. Eli Lilly & Co. |
| CAN 3 | 06-1171 | Dennis Muschitz v. Eli Lilly & Co. |
| CAN 3 | 06-1172 | Patricia Banks v. Eli Lilly & Co. |
| CAN 3 | 06-1174 | David Chismar, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-1175 | Virginia Craig v. Eli Lilly & Co. |
| CAN 3 | 06-1178 | Sandra Nyberg, et al. v. Eli Lilly & Co. Vacated 5/4/06 |
| CAN 3 | 06-1179 | Lehman Brownell v. Eli Lilly & Co. |
| CAN 3 | 06-1180 | Yolanda Araujo v. Eli Lilly & Co. |
| CAN 3 | 06-1182 | Karen Halechko v. Eli Lilly & Co. |
| CAN 3 | 06-1184 | Gerald Garfield, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-1185 | Tyna Bass v. Eli Lilly & Co. |
| CAN 3 | 06-1186 | Antonio Daniel v. Eli Lilly & Co. |
| CAN 3 | 06-1187 | Pat Miller, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-1188 | Alberta Oliviri v. Eli Lilly & Co. |
| CAN 3 | 06-1190 | Juawawno Boone v. Eli Lilly & Co. |
| CAN 3 | 06-1194 | Anne Johnson v. Eli Lilly & Co. |
| CAN 3 | 06-1195 | Paul Matthews v. Eli Lilly & Co. |
| CAN 3 | 06-1198 | Ann Marie Gianetto v. Eli Lilly & Co. |
| CAN 3 | 06-1199 | Kathy Martin v. Eli Lilly & Co. |
| CAN 3 | 06-1200 | Gould Meclarny v. Eli Lilly & Co. Vacated 5/4/06 |
| CAN 3 | 06-1201 | Waymon Donat v. Eli Lilly & Co. |
| CAN 3 | 06-1202 | Richard Jenkins, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-1204 | Frank Giacomazzo v. Eli Lilly & Co. |
| CAN 3 | 06-1206 | Letha Russell v. Eli Lilly & Co. |
| CAN 3 | 06-1207 | Patricia Glenn, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-1209 | Judith A. Gunnette, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-1230 | John Bowermaster v. Eli Lilly & Co. |
| CAN 3 | 06-1231 | Patrick Callaway v. Eli Lilly & Co. |
| CAN 3 | 06-1232 | Mary Lee v. Eli Lilly & Co. |
| CAN 3 | 06-1233 | Barbara Pupo v. Eli Lilly & Co. |
| CAN 3 | 06-1235 | Iris Wohlt, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-1236 | Darrel Vail v. Eli Lilly & Co. |
| CAN 3 | 06-1237 | Charles Coffman v. Eli Lilly & Co. |
| CAN 3 | 06-1239 | Lauree Ward v. Eli Lilly & Co. |
| CAN 3 | 06-1240 | Patricia Pirotta v. Eli Lilly & Co. |
| CAN 3 | 06-1241 | Larry Pancher v. Eli Lilly & Co. |
| CAN 3 | 06-1242 | Jo Marie Santi v. Eli Lilly & Co. |
| CAN 3 | 06-1244 | Gail F. Cowher v. Eli Lilly & Co. |
| CAN 3 | 06-1245 | Cox v. Eli Lilly & Co. |
| CAN 3 | 06-1246 | Kenneth Crawford v. Eli Lilly & Co. |
| CAN 3 | 06-1263 | William J. Crawford v. Eli Lilly & Co. |
| CAN 3 | 06-1267 | Kimberly Santagata, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-1269 | Harrison Sarver, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-1270 | Rivers v. Eli Lilly & Co. |
| CAN 3 | 06-1273 | Marianne Capelle, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-1274 | Kathleen Mark, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-1281 | Scott M. Tucker v. Eli Lilly & Co. |
| CAN 3 | 06-1282 | Nancy L. French v. Eli Lilly & Co. |
| CAN 3 | 06-1293 | Michael J. Watkins v. Eli Lilly & Co. |
| CAN 3 | 06-1294 | Gerald L. Fletcher v. Eli Lilly & Co. |
| CAN 3 | 06-1297 | Pamela A. Pence, et al. v. Eli Lilly & Co. |
| CAN 3 | 06-1299 | Ashraf M. Hashmi v. Eli Lilly & Co. |
| CAN 3 | 06-1308 | Manford Hanson v. Eli Lilly & Co. Vacated 5/4/06 |

SCHEDULE CTO-49 TAG-ALONG ACTIONS (MDL-1596)                    PAGE 5 of 9

CAN 3  06-1310         Wesley Kirby v. Eli Lilly & Co.
CAN 3  06-1312         Beth Smith, et al. v. Eli Lilly & Co.
CAN 3  06-1313         Leilani Jones v. Eli Lilly & Co. Vacated 5/4/06
CAN 3  06-1320         Josie L. Murray v. Eli Lilly & Co.
CAN 3  06-1327         Beatrice L. Elserougi v. Eli Lilly & Co.
CAN 3  06-1328         Valerie J. Mirabile v. Eli Lilly & Co.
CAN 3  06-1330         Larry Reyes v. Eli Lilly & Co.
CAN 3  06-1333         Kathleen A. Hawk v. Eli Lilly & Co.
CAN 3  06-1334         Robert Koch v. Eli Lilly & Co.
CAN 3  06-1339         Ernestine Bowyer v. Eli Lilly & Co.
CAN 3  06-1340         Airetta P.J. Becica v. Eli Lilly & Co.
CAN 3  06-1343         Marie D. Price v. Eli Lilly & Co.
CAN 3  06-1344         Lawrence Segers, Jr. v. Eli Lilly & Co.
CAN 3  06-1354         Rick Alldrin, et al. v. Eli Lilly & Co.
CAN 3  06-1356         Lionel Arms, et al. v. Eli Lilly & Co.
CAN 3  06-1373         Judith A. Stanley v. Eli Lilly & Co.
CAN 3  06-1374         Donna M. Strasburger v. Eli Lilly & Co.
CAN 3  06-1376         Richard Keith, et al. v. Eli Lilly & Co. Vacated 5/4/06
CAN 3  06-1379         Deborah A. Couch v. Eli Lilly & Co.
CAN 3  06-1382         Donald R. Dimartino v. Eli Lilly & Co.
CAN 3  06-1387         Wesley Kirby v. Eli Lilly & Co. Vacated 5/17/06
CAN 3  06-1388         Shirley M. Cogley-Baker, et al. v. Eli Lilly & Co.
CAN 3  06-1389         Brandy S. Morgan v. Eli Lilly & Co.
CAN 3  06-1392         Donna L. Wojnovich v. Eli Lilly & Co.
CAN 3  06-1393         Caren L. Wilson v. Eli Lilly & Co.
CAN 3  06-1396         Charlene West v. Eli Lilly & Co.
CAN 3  06-1397         Mary Senf v. Eli Lilly & Co.
CAN 3  06-1398         Nancy L. Axe v. Eli Lilly & Co.
CAN 3  06-1400         Judy M. Fisher v. Eli Lilly & Co.
CAN 3  06-1401         Azie Gould Mcclardy v. Eli Lilly & Co.
CAN 3  06-1404         Robert Young v. Eli Lilly & Co.
CAN 3  06-1405         Peter Williams v. Eli Lilly & Co.
CAN 3  06-1406         Marlene Rogala v. Eli Lilly & Co.
CAN 3  06-1432         Shantell Wade-Herbert, et al. v. Eli Lilly & Co.
CAN 3  06-1433         Evelina Zollicoffer, et al. v. Eli Lilly & Co.
CAN 3  06-1435         David R. Werner v. Eli Lilly & Co.
CAN 3  06-1437         Earnest L. Davis v. Eli Lilly & Co.
CAN 3  06-1439         Joann Philbin, et al. v. Eli Lilly & Co.
CAN 3  06-1442         Barrett v. Eli Lilly & Co.
CAN 3  06-1443         Carol A. Bartlett v. Eli Lilly & Co.
CAN 3  06-1457         Howard Thompson, et al. v. Eli Lilly & Co.
CAN 3  06-1458         Bernadine A. Bienias v. Eli Lilly & Co.
CAN 3  06-1460         Richard A. Hernandez v. Eli Lilly & Co.
CAN 3  06-1462         Sandra M. Johnson v. Eli Lilly & Co.
CAN 3  06-1465         Heber Olsen, et al. v. Eli Lilly & Co.
CAN 3  06-1466         James Cutter v. Eli Lilly & Co.
CAN 3  06-1467         Adnan Tuncel v. Eli Lilly & Co.
CAN 3  06-1468         Shirley A. Jones v. Eli Lilly & Co.
CAN 3  06-1469         Zackarius E. Kleinsasser v. Eli Lilly & Co.
CAN 3  06-1472         Damon L. Dowdell v. Eli Lilly & Co.
CAN 3  06-1473         Jennifer L. Kebler v. Eli Lilly & Co.
CAN 3  06-1476         Linda K. Hartle v. Eli Lilly & Co.
CAN 3  06-1477         Oradean Foster v. Eli Lilly & Co.
CAN 3  06-1479         Maurice Looney v. Eli Lilly & Co.
CAN 3  06-1480         Andrew J.w. Walker v. Eli Lilly & Co.
CAN 3  06-1481         Gregory Knight v. Eli Lilly & Co.
CAN 3  06-1482         Harriet F. Haughiout v. Eli Lilly & Co.
CAN 3  06-1484         Mary E. Hunter v. Eli Lilly & Co.
CAN 3  06-1486         Marvette L. Keys v. Eli Lilly & Co.

SCHEDULE CTO-49 TAG-ALONG ACTIONS (MDL-1596)                PAGE 6 of 9

CAN 3  06-1487 PJH          Dino S. Catlin v. Eli Lilly & Co.
CAN 3  06-1489 WH          William S. Sutterer v. Eli Lilly & Co.
CAN 3  06-1490 MJJ          Sarah M. Tanner, et al. v. Eli Lilly & Co.
CAN 3  06-1491 MMC          Robert Zimmerman v. Eli Lilly & Co.
CAN 3  06-1493 MHP          David Martinez v. Eli Lilly & Co.
CAN 3  06-1494 SC          Sandy Fry v. Eli Lilly & Co.
CAN 3  06-1495 JSW          Larry M. Call v. Eli Lilly & Co.
CAN 3  06-1497 MJJ          Stephen La Joie, et al. v. Eli Lilly & Co.
CAN 3  06-1525 JS W          Angela Overeynder, et al. v. Eli Lilly & Co.
CAN 3  06-1527 SC          Richard Frentz v. Eli Lilly & Co.
CAN 3  06-1530 SC          Joel Feser v. Eli Lilly & Co.
~~CAN 3  06-1532~~          ~~Gerald Garfield, et al. v. Eli Lilly & Co.~~ Vacated 5/4/06
CAN 3  06-1533 JSW          Eric Padgett v. Eli Lilly & Co.
~~CAN 3  06-1534~~          ~~Alberta Johnson v. Eli Lilly & Co.~~ Vacated 5/4/06
CAN 3  06-1537 MJJ          Karen Broughton v. Eli Lilly & Co.
CAN 3  06-1538 MMC          Kathleen Deitchler, et al. v. Eli Lilly & Co.
CAN 3  06-1540 MMC          Marla Barton v. Eli Lilly & Co.
CAN 3  06-1542 TRH          Jacob Reed, et al. v. Eli Lilly & Co.
CAN 3  06-1543 MJJ          William Maloney v. Eli Lilly & Co.
CAN 3  06-1544 JSW          Connie E. Mcclintock v. Eli Lilly & Co.
CAN 3  06-1547 MMC          Barbara Lanini v. Eli Lilly & Co.
CAN 3  06-1548 SC          Sari Gehrke, et al. v. Eli Lilly & Co.
CAN 3  06-1549 WHA          Tyrone Jeter v. Eli Lilly & Co.
CAN 3  06-1550 MHP          Duane A. Tillman v. Eli Lilly & Co.
CAN 3  06-1552 SI          Deborah Winfrey v. Eli Lilly & Co.
CAN 3  06-1553 SI          Blondean Sims v. Eli Lilly & Co.
CAN 3  06-1554 PJH          Edward Jones v. Eli Lilly & Co.
CAN 3  06-1556 PJH          Allegra M. Weaver v. Eli Lilly & Co.
CAN 3  06-1559 SC          Jane R. Evans v. Eli Lilly & Co.
CAN 3  06-1562 WHA          David Bell v. Eli Lilly & Co.
CAN 3  06-1563 JSW          Dorothy Sheppard v. Eli Lilly & Co.
CAN 3  06-1565 PJH          Lucy Martinez, et al. v. Eli Lilly & Co.
CAN 3  06-1566 MMC          Troy R. Geddis v. Eli Lilly & Co.
CAN 3  06-1567 WHA          Georgette M. Mcbride v. Eli Lilly & Co.
CAN 3  06-1605 MHP          Mary Deschenes, et al. v. Eli Lilly & Co.
CAN 3  06-1606 MJJ          Laurice Kory, et al. v. Eli Lilly & Co.
CAN 3  06-1611 SI          Michelle Medlin v. Eli Lilly & Co.
CAN 3  06-1613 SI          Erin Linn Goodpasture v. Eli Lilly & Co.
CAN 3  06-1614 SI          Donna Cuadrez, et al. v. Eli Lilly & Co.
CAN 3  06-1615 CW          Gary Osborne v. Eli Lilly & Co.
CAN 3  06-1618 SI          Rhonda Abtahi v. Eli Lilly & Co.
CAN 3  06-1620 SI          Gerald Boehmer, et al. v. Eli Lilly & Co.
CAN 3  06-1622 SI          Jacqueline Lipka v. Eli Lilly & Co.
CAN 3  06-1623 SI          Jim Aldine, et al. v. Eli Lilly & Co.
CAN 3  06-1624 SI          Donna Taylor v. Eli Lilly & Co.
CAN 3  06-1625 SI          Nicholas Gonzales v. Eli Lilly & Co.
~~CAN 3  06-1626~~          ~~Ann Dutton v. Eli Lilly & Co.~~ Vacated 5/4/06
CAN 3  06-1627 SI          Eddie Ray Harris v. Eli Lilly & Co.
CAN 3  06-1628 SI          Carl M. Eisaman v. Eli Lilly & Co.
CAN 3  06-1643 SI          James Graham, et al. v. Eli Lilly & Co.
CAN 3  06-1644 SI          Wayne Dixon, et al. v. Eli Lilly & Co.
CAN 3  06-1692 EMC          Deborah A. King v. Eli Lilly & Co.
CAN 3  06-1693 MHP          Antoinette C. Smith v. Eli Lilly & Co.
CAN 3  06-1697 MHP          Eleanor E. Pugliese v. Eli Lilly & Co.
CAN 3  06-1699 SC          James D. Fusner v. Eli Lilly & Co.
CAN 3  06-1701 SI          Richard B. Slater, Jr. v. Eli Lilly & Co.
CAN 3  06-1702 MMC          Marcella L. Lowry v. Eli Lilly & Co.

SCHEDULE CTO-49 TAG-ALONG ACTIONS (MDL-1596)                    PAGE 7 of 9

CAN 3  06-1705 SC          Donald D. Hetrick v. Eli Lilly & Co.
CAN 3  06-1706 JSW         Carol S. Buvoltz v. Eli Lilly & Co.
CAN 3  06-1708            Gerald L. Fletcher v. Eli Lilly & Co. Vacated 5/17/06
CAN 3  06-1709 SI          Ronald J. Elardo, et al. v. Eli Lilly & Co.
CAN 3  06-1712 WHA         Beverly Sikora, et al. v. Eli Lilly & Co.
CAN 3  06-1757            Linda L. Nevci v. Eli Lilly & Co. Vacated 5/4/06
CAN 3  06-1758 SC          Gina Mcdonald v. Eli Lilly & Co.
CAN 3  06-1761 MHT         Tracy K. Mueller v. Eli Lilly & Co.
CAN 3  06-1770 SI          Madeline Elsener v. Eli Lilly & Co.
CAN 3  06-1787 MJJ         Joe Stevenson, et al. v. Eli Lilly & Co.
CAN 3  06-1788 MJJ         Helene M. Lotka v. Eli Lilly & Co.
CAN 3  06-1819 SC          Don Wilson v. Eli Lilly & Co.
CAN 3  06-1825 WHA         Darren A. Wimley v. Eli Lilly & Co.
CAN 3  06-1847 PJH         Shireen L. Thomas, et al. v. Eli Lilly & Co.
CAN 3  06-1852 MJJ         Curtis C. Tomkins v. Eli Lilly & Co.
CAN 3  06-1856 PJH         Irish G. Whaley v. Eli Lilly & Co.
CAN 3  06-1859 MJJ         Conrad F. Sammet, Jr. v. Eli Lilly & Co.
CAN 3  06-1860 SI          Brandy L. Rooks, et al. v. Eli Lilly & Co.
CAN 3  06-1931 JSW         Jorenda Bolden v. Eli Lilly & Co.
CAN 3  06-2038            Helene M. Lotka v. Eli Lilly & Co. Vacated 5/4/06
CAN 3  06-2188            Timothy Johnson, et al. v. Eli Lilly & Co., et al. Opposed 5/17/06
CAN 3  06-2283 WHA         Johnnena Washington v. Eli Lilly & Co.
CAN 3  06-2385            Russel Woodrow, et al. v. Eli Lilly & Co. Opposed 5/17/06
CAN 3  06-2386            John Grant, et al. v. Eli Lilly & Co., et al. Opposed 5/17/06
CAN 3  06-2398 MHT         Duane Inks v. Eli Lilly & Co.
CAN 3  06-2399 MJJ         Eunice Asher v. Eli Lilly & Co.
CAN 3  06-2420 JSW         Eiraje Hajebi, et al. v. Eli Lilly & Co., et al.
CAN 3  06-2421 JSW         David Engstrom, et al. v. Eli Lilly & Co., et al.
CAN 3  06-2489            Andra Alexander, et al. v. Eli Lilly & Co., et al. Opposed 5/17/06
CAN 3  06-2609 MJJ         Eric John Hornisher, et al. v. Eli Lilly & Co.
CAN 4  05-4831            Don Pledger, et al. v. Eli Lilly & Co.
CAN 4  05-4894            Tonya Alexander v. Eli Lilly & Co.
CAN 4  05-5097            Cynthia Akins, et al. v. Eli Lilly & Co. Vacated 5/4/06
CAN 4  05-5098            Shannon La' Rocque v. Eli Lilly & Co. Vacated 5/4/06
CAN 4  05-5099            Timothy O'neill v. Eli Lilly & Co.
CAN 4  05-5148            Mark Sewell v. Eli Lilly & Co.
CAN 4  05-5151            Tammy Kelly, et al. v. Eli Lilly & Co.
CAN 4  05-5291            Alberta Smiley-Harris v. Eli Lilly & Co.
CAN 4  05-5292            Denine Cook v. Eli Lilly & Co.
CAN 4  06-8               Jerry Lee Ginn, et al. v. Eli Lilly & Co.
CAN 4  06-39              Viola Ward v. Eli Lilly & Co.
CAN 4  06-250             David Sensenig v. Eli Lilly & Co.
CAN 4  06-893             George Carmack v. Eli Lilly & Co.
CAN 4  06-906             Franklin Fraley v. Eli Lilly & Co.
CAN 4  06-954             Patsy Shows v. Eli Lilly & Co.
CAN 4  06-973             Sidney Carson, et al. v. Eli Lilly & Co.
CAN 4  06-974             Patricia Grillot v. Eli Lilly & Co.
CAN 4  06-977             Daniel Lemke v. Eli Lilly & Co.
CAN 4  06-980             Natalie Summers v. Eli Lilly & Co.
CAN 4  06-985             Ruth Porter, et al. v. Eli Lilly & Co.
CAN 4  06-988             Ronald Kemp v. Eli Lilly & Co.
CAN 4  06-993             Steven Dektor v. Eli Lilly & Co.
CAN 4  06-1022            Martha Meyer, et al. v. Eli Lilly & Co.
CAN 4  06-1030            John Luthy v. Eli Lilly & Co.
CAN 4  06-1032            James P. Ledney, et al. v. Eli Lilly & Co.
CAN 4  06-1038            Hazel Blumenschein v. Eli Lilly & Co.
CAN 4  06-1048            Dante Barfield v. Eli Lilly & Co.
CAN 4  06-1055            Faye Montgomery v. Eli Lilly & Co.
CAN 4  06-1059            Dennis Taylor, et al. v. Eli Lilly & Co.

SCHEDULE CTO-49 TAG-ALONG ACTIONS (MDL-1596)                                    PAGE 8 of 9

| | | | |
|---|---|---|---|
| CAN | 4 | 06-1087 | Maria Jordan v. Eli Lilly & Co. |
| CAN | 4 | 06-1089 | Maria Mercado v. Eli Lilly & Co. |
| CAN | 4 | 06-1097 | John Popielarcheck, et al. v. Eli Lilly & Co. |
| CAN | 4 | 06-1102 | Michelle Auger v. Eli Lilly & Co. |
| CAN | 4 | 06-1107 | Manford Hanson v. Eli Lilly & Co. |
| CAN | 4 | 06-1115 | Shultz, et al. v. Eli Lilly & Co. |
| CAN | 4 | 06-1121 | Mandy Brown v. Eli Lilly & Co. |
| CAN | 4 | 06-1130 | Heather Duff v. Eli Lilly & Co. |
| CAN | 4 | 06-1157 | Sharon Lavas v. Eli Lilly & Co. |
| CAN | 4 | 06-1165 | Gregory Kelker v. Eli Lilly & Co. |
| CAN | 4 | 06-1167 | Linda Martorana v. Eli Lilly & Co. |
| CAN | 4 | 06-1169 | Mamie Hurt v. Eli Lilly & Co. |
| CAN | 4 | 06-1173 | Fern Malayeco v. Eli Lilly & Co. |
| CAN | 4 | 06-1176 | Fred Botos, et al. v. Eli Lilly & Co. |
| CAN | 4 | 06-1181 | William Cossick v. Eli Lilly & Co. |
| CAN | 4 | 06-1183 | James Bacon v. Eli Lilly & Co. |
| CAN | 4 | 06-1189 | Jesse Frausto, et al. v. Eli Lilly & Co. |
| CAN | 4 | 06-1192 | John Ondo v. Eli Lilly & Co. |
| CAN | 4 | 06-1196 | Robert Hawkins v. Eli Lilly & Co. |
| CAN | 4 | 06-1197 | Maxine Burkley v. Eli Lilly & Co. |
| CAN | 4 | 06-1203 | Andrea Mendoza v. Eli Lilly & Co. |
| CAN | 4 | 06-1205 | Deb Osburn, et al. v. Eli Lilly & Co. |
| ~~CAN~~ | ~~4~~ | ~~06-1234~~ | ~~John Luthy v. Eli Lilly & Co.~~ Vacated 5/4/06 |
| CAN | 4 | 06-1238 | Ernest Chaves v. Eli Lilly & Co. |
| CAN | 4 | 06-1243 | Robert Campbell v. Eli Lilly & Co. |
| CAN | 4 | 06-1271 | Rosa A. Hoffman, et al. v. Eli Lilly & Co. |
| CAN | 4 | 06-1272 | Bonnie Hall, et al. v. Eli Lilly & Co. |
| CAN | 4 | 06-1298 | Kenneth F. Gibson v. Eli Lilly & Co. |
| ~~CAN~~ | ~~4~~ | ~~06-1309~~ | ~~Maria Mercado v. Eli Lilly & Co.~~ Vacated 5/4/06 |
| CAN | 4 | 06-1324 | Milan J. Veres, et al. v. Eli Lilly & Co. |
| CAN | 4 | 06-1325 | Mensenia E. Deloach v. Eli Lilly & Co. |
| CAN | 4 | 06-1338 | Linda R. Linn v. Eli Lilly & Co. |
| CAN | 4 | 06-1360 | Gwen Davis, et al. v. Eli Lilly & Co. |
| CAN | 4 | 06-1372 | Beth M. Seigenfuse v. Eli Lilly & Co. |
| CAN | 4 | 06-1375 | Tracy E. Reed v. Eli Lilly & Co. |
| CAN | 4 | 06-1378 | Charles Weldon, et al. v. Eli Lilly & Co. |
| CAN | 4 | 06-1381 | Tyrone Johnson v. Eli Lilly & Co. |
| CAN | 4 | 06-1386 | Gurley E. Glenn v. Eli Lilly & Co. |
| CAN | 4 | 06-1391 | Florence B. Perry v. Eli Lilly & Co. |
| CAN | 4 | 06-1450 | Sandra J. Forbes v. Eli Lilly & Co. |
| CAN | 4 | 06-1451 | Rafael A. Beltran v. Eli Lilly & Co. |
| CAN | 4 | 06-1452 | Ida L. Hollis v. Eli Lilly & Co. |
| CAN | 4 | 06-1455 | Mary G. Chenger, et al. v. Eli Lilly & Co. |
| CAN | 4 | 06-1456 | Patricia Murnin, et al. v. Eli Lilly & Co. |
| CAN | 4 | 06-1459 | Mary E. Jones v. Eli Lilly & Co. |
| CAN | 4 | 06-1461 | David R. Carroll v. Eli Lilly & Co. |
| CAN | 4 | 06-1471 | Frank J. Young v. Eli Lilly & Co. |
| CAN | 4 | 06-1478 | Joann C. Moffitt v. Eli Lilly & Co. |
| CAN | 4 | 06-1496 | Dranoel E. Browne v. Eli Lilly & Co. |
| CAN | 4 | 06-1498 | Karla Tomastik v. Eli Lilly & Co. |
| CAN | 4 | 06-1501 | Tracy L. Ayers v. Eli Lilly & Co. |
| CAN | 4 | 06-1536 | Noreen Corduck, et al. v. Eli Lilly & Co. |
| CAN | 4 | 06-1539 | Edward Truitt v. Eli Lilly & Co. |
| CAN | 4 | 06-1546 | Eugene R. Davis v. Eli Lilly & Co. |
| CAN | 4 | 06-1560 | Borys Bohonik v. Eli Lilly & Co. |
| CAN | 4 | 06-1561 | Heather M. Cherry-Wodja, et al. v. Eli Lilly & Co. |
| CAN | 4 | 06-1569 | Marcus L. Guy v. Eli Lilly & Co. |
| CAN | 4 | 06-1607 | Barbara Murray, et al. v. Eli Lilly & Co. |
| CAN | 4 | 06-1694 | Toritha D. Ewell v. Eli Lilly & Co. |

SCHEDULE CTO-49 TAG-ALONG ACTIONS (MDL-1596)                    PAGE 9 of 9

CAN 4 06-1696          David Barton Thomas v. Eli Lilly & Co.
CAN 4 06-1704          Tracy L. Jones Hayman v. Eli Lilly & Co.
CAN 4 06-1707          Kathlyn M. Wilkerson-Smith v. Eli Lilly & Co.
~~CAN 4 06-1765~~          ~~Nellie G. Sarver v. Eli Lilly & Co.~~ Vacated 5/4/06
CAN 4 06-1827          Norma L. Terry v. Eli Lilly & Co.
CAN 4 06-1844          Jason Tsangaris v. Eli Lilly & Co.
~~CAN 4 06-2384~~          ~~Saundra Burns, et al. v. Eli Lilly & Co., et al.~~ Opposed 5/17/06

# INVOLVED COUNSEL LIST (CTO-49)
## DOCKET NO. 1596
## IN RE ZYPREXA PRODUCTS LIABILITY LITIGATION

Samuel J. Abate, Jr.
McCarter & English, L.L.P.
245 Park Avenue, 27th Floor
New York, NY 10167

Thomas F. Campion, Jr.
Drinker, Biddle & Reath, L.L.P.
500 Campus Drive
Florham Park, NJ 07932-1047

Phillip K. Cohen
Murphy, Rosen & Cohen
100 Wilshire Boulevard
Suite 700
Santa Monica, CA 90401-1142

Colleen T. Davies
Reed Smith, LLP
1999 Harrison Street, Suite 2400
P.O. Box 2084
Oakland, CA 94604-2084

Joshua C. Ezrin
Alexander, Hawes & Audet, LLP
300 Montgomery Street
Suite 400
San Francisco, CA 94104

Nina M. Gussack
Pepper, Hamilton, LLP
3000 Two Logan Square
18th & Arch Street
Philadelphia, PA 19103-2799

Jeffrey A. Kaiser
Levin, Simes & Kaiser, LLP
1 Bush Street
14th Floor
San Francisco, CA 94104-4425

Adel Nadji
Alexander, Hawes & Audet, LLP
221 Main Street
Suite 1460
San Francisco, CA 94105

Christopher A. Seeger
Seeger Weiss, LLP
550 Broad Street
Suite 920
Newark, NJ 07102

E. G. Stanley
728 Texas Street
Fairfield, CA 94533

Jeffrey M. Tillotson
Lynn, Tillotston & Pinker, LLP
750 N. St. Paul Street
Suite 1400
Dallas, TX 75201

James M. Wood
Reed Smith, LLP
1999 Harrison Street, 22nd Floor
Oakland, CA 94612

## INVOLVED JUDGES LIST (CTO-49)
## DOCKET NO. 1596
## IN RE ZYPREXA PRODUCTS LIABILITY LITIGATION

Hon. William H. Alsup
U.S. District Judge
Phillip Burton U.S. Courthouse
Box 36060
450 Golden Gate Avenue
San Francisco, CA 94102-3489

Hon. Saundra Brown Armstrong
U.S. District Judge
400-S Ronald V. Dellums
Federal Building
1301 Clay Street
Oakland, CA 94612-5212

Hon. Wayne D. Brazil
United States District Court
Ronald V. Dellums Federal Building
3rd Floor
1301 Clay Street
Oakland, CA 94612-5217

Hon. Charles R. Breyer
U.S. District Judge
Phillip Burton U.S. Courthouse
Suite 19-6618
450 Golden Gate Avenue
San Francisco, CA 94102-3434

Hon. Edward M. Chen
U.S. Magistrate Judge
Phill Burton U.S. Courthouse
450 Golden Gate Avenue
Box 36060
San Francisco, CA 94102

Hon. Maxine M. Chesney
U.S. District Judge
Phillip Burton U.S. Courthouse
19th Floor
450 Golden Gate Avenue
San Francisco, CA 94102-3434

Hon. Samuel Conti
Senior U.S. District Judge
U.S. District Court
P.O. Box 36060
San Francisco, CA 94102-3434

Hon. Phyllis J. Hamilton *
U.S. District Judge
Phillip Burton U.S. Courthouse
450 Golden Gate Avenue
Box 36060
San Francisco, CA 94102-3489

Hon. Thelton E. Henderson
Senior U.S. District Judge
19-5356 Phillip Burton
U.S. Courthouse
450 Golden Gate Avenue
San Francisco, CA 94102-3489

Hon. Susan Yvonne Illston
U.S. District Judge
Phillip Burton U.S. Courthouse
Suite 19-5424
450 Golden Gate Avenue
San Francisco, CA 94102-3434

Hon. Maria-Elena James
U.S. Magistrate Judge
15-5698 Phillip Burton
U.S. Courthouse
450 Golden Gate Avenue
San Francisco, CA 94102

Hon. Martin J. Jenkins
U.S. District Judge
Phillip Burton U.S. Courthouse
Box 36060
450 Golden Gate Ave.
San Francisco, CA 94102-3434

Hon. Elizabeth D. Laporte
U.S. Magistrate Judge
Phillip Burton U.S. Courthouse
Box 36060
450 Golden Gate Avenue, 15th Floor
San Francisco, CA 94102

Hon. James L. Larson
U.S. Magistrate Judge
Phillip Burton U.S. Courthouse
450 Golden Gate Avenue
P.O. Box 36060
San Francisco, CA 94102-3489

Hon. Marilyn Hall Patel
U.S. District Judge
Phillip Burton U.S. Courthouse
Box 36060
450 Golden Gate Avenue
San Francisco, CA 94102-3661

Hon. Joseph C. Spero
U.S. Magistrate Judge
Philip Burton U.S. Courthouse
Box 36060
450 Golden Gate Avenue
San Francisco, CA 94102-3489

Hon. Jeffrey S. White
U.S. District Judge
Phillip Burton U.S. Courthouse
450 Golden Gate Avenue
Box 36060
San Francisco, CA 94102-3489

Hon. Claudia Wilken
U.S. District Judge
Ronald V. Dellums Federal Building
Suite 400 South
1301 Clay Street
Oakland, CA 94612-5212

Hon. Bernard Zimmerman
U.S. Magistrate Judge
Philip Burton U.S. Courthouse
450 Golden Gate Avenue
San Francisco, CA 94102